Charles S. LiMandri (CA Bar No. 110841)
Paul M. Jonna (CA Bar No. 265389)
FREEDOM OF CONSCIENCE DEFENSE FUND
P.O. Box 9520
Rancho Santa Fe, CA 92067
Tel: (858) 759-9948
cslimandri@limandri.com
pjonna@limandri.com

*Attorneys for Defendants the Center for Medical Progress, BioMax Procurement Services, LLC, and David Daleiden*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al., <br><br> Plaintiff, <br><br> vs. <br><br> THE CENTER FOR MEDICAL PROGRESS, et al., <br><br> Defendants. | Notice of Motion and Motion to Compel Compliance with Document Subpoenas Served on DaVinci Biosciences and DV Biologics in N.D. Cal Case No. 3:16-CV-00236 <br><br> C.D. Cal. L.R. 45-1, 37-2 <br><br> Written Disc. Cutoff: Dec. 31, 2019 <br> Motion to Compel Cutoff: Jan. 21, 2019 <br> Fact. Disc. Cutoff: Mar. 31, 2019 <br> Pretrial Conf.: Sep. 9, 2019 <br> Trial Date: Sep. 30, 2019 |

# NOTICE OF MOTION

TO PLAINTIFFS AND THEIR ATTORNEY(S) OF RECORD:

PLEASE TAKE NOTICE THAT on _____ at the United States District Court for the Central District of California, _____, Defendant the Center for Medical Progress ("CMP"), will and hereby does move this Court for an order compelling Non-parties DaVinci Biosciences and DV Biologics to produce documents responsive to CMP's document subpoenas issued in Northern District of California Case No. 3:16-CV-00236.

This motion is made on the grounds that said documents are relevant to the subject matter of the action and do not relate to privileged matters, and the refusal to produce them is without justification. This motion will be based on this Notice of Motion and Motion, the Joint Stipulation of Unresolved Matters filed herewith, and the Declaration of Paul M. Jonna.

January 22, 2019,

_____
Charles S. LiMandri (CA Bar No. 110841)
Paul M. Jonna (CA Bar No. 265389)
FREEDOM OF CONSCIENCE DEFENSE FUND
P.O. Box 9520
Rancho Santa Fe, CA 92067
Tel:  (858) 759-9948
Facsimile:  (858) 759-9938
cslimandri@limandri.com
pjonna@limandri.com

*Attorneys for Defendants the Center for Medical Progress, BioMax Procurement Services, LLC, and David Daleiden*