# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | 2:19-mc-00010-CJC(JCx) | Date | February 26, 2019 |
|---|---|---|---|
| Title | Planned Parenthood Federation of America Inc, et al. v. Center for Medical Progress, et al. | | |

Present: The Honorable  Jacqueline Chooljian, United States Magistrate Judge

| Kerri Hays | CS 02-26-19 | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Movant:

Paul M. Jonna

Attorney Present for Respondents:

Michael R. Tein (telephonically)

**Proceedings:**      **HEARING ON MOTION TO COMPEL (DOCKET NO. 1)**

Case called. Counsel made their appearances. The Court heard argument from counsel. For reasons stated on the record, the Court granted in part and denied in part the Motion to Compel and denied Respondents' cross-motion for sanctions. More specifically: (1) to the extent Respondents may not already have conducted a reasonably diligent search for responsive documents in their possession, custody or control, the Court ordered them to do so and to produce any such responsive documents in their possession, custody or control; and (2) to the extent Respondents have already conducted a reasonably diligent search for responsive documents in their possession, custody or control, the Court ordered that no further action by Respondents was necessary.

                                                                                              30 mins
                                                                                 Initials of Deputy Clerk: klh